# EXHIBIT D

```
TOMO                                                                      15:40
NEXT _    KEY
>> INQ << 03/26/21   TRANSFER OF ACCOUNTS - MEMO DATA FOR ACCT & ASSETS
    RESP: TED1    DEPT: TOA           TSF: RCL        SGMT: SIG4
ACCT NBR: REDACTED  BR: NO            TYPE: S1MA  ACAT CTL#: 20210550035309
    NAME: KELYN WHITAKER SPADONI
SEQ                    MEMORANDUM DATA
0000            CASH NOT AVAILABLE
02/24/21 12:07
0000            SYSTEM ISSUE SENT CASH IN ERROR.
02/24/21 07:49




PF5-INSR  PF7-BKWD  PF8-FRWD  PF12-RTRN
```