# EXHIBIT G

| | |
|---|---|
| **From:** | Thompson, Brett <Brett.Thompson@Schwab.com> |
| **Sent:** | Tuesday, March 9, 2021 1:34 PM |
| **To:** | REDACTED |
| **Subject:** | IMPORTANT INFORMATION REGARDING YOUR ACCOUNT |

Dear Kelyn Spadoni,

We are reaching out regarding your recent transfer to National Financial. We have tried contacting you via phone but have been unsuccessful. Please contact the ATS Claims team at 855-966-3777 to discuss your recent transfer.

Thank you,

**Brett Thompson**
Specialist - Ops | Claims and Reconciliation Team

Tel 855 966 3777 x49943  | Fax 877 824 3818
1958 Summit Park Drive, Orlando, FL 32810
_____
**Charles Schwab & Co., Inc.**
NOTICE: All email sent to or from the Charles Schwab corporate email system is subject to archiving, monitoring and/or review by Schwab personnel

1

| | |
|---|---|
| **From:** | Thompson, Brett <Brett.Thompson@Schwab.com> |
| **Sent:** | Friday, March 19, 2021 8:47 AM |
| **To:** | **REDACTED** |
| **Subject:** | IMPORTANT INFORMATION REGARDING YOUR ACCOUNT |

Dear Kelyn Spadoni,

We are reaching out regarding your recent transfer to National Financial. We have tried contacting you via phone but have been unsuccessful. Please contact the ATS Claims team at 855-966-3777 to discuss your recent transfer. We are escalating this issue to our legal team to further pursue.

Thank you,

**Brett Thompson**
Specialist - Ops | Claims and Reconciliation Team

Tel 855 966 3777 x49943  | Fax 877 824 3818
1958 Summit Park Drive, Orlando, FL 32810

**Charles Schwab & Co., Inc.**
NOTICE: All email sent to or from the Charles Schwab corporate email system is subject to archiving, monitoring and/or review by Schwab personnel