# EXHIBIT I

03/24/21 08:33:21 Hotopp, Mitchel -> 4008124573 Hotopp, Mitchel Page 003
Case 2:21-cv-00635-JCZ-JVM Document 1-9 Filed 03/30/21 Page 2 of 2

03/23/21 14:59:13 4008124573 -> DLA - Schwab Page 003

# charles SCHWAB

## LETTER OF INDEMNITY

Date: March 23, 2021

Attention: **Claims Processing**
To: **National Financial**
Fax #:

RE: ACAT CTRL# 20210490007950
Schwab Account # REDACTED
National Financial Account # REDACTED

Dear Sir or Madam:

I am writing on behalf of Charles Schwab & Co., Inc. ("Schwab") with regards to our recent ACAT transfer.

We sent a full ACAT transfer to National Financial account REDACTED that completed on 2/23/2021. Included in this transfer was $1,205,619.56 CASH. During the ACAT validation process, Schwab experienced a system glitch that resulted in transfers over delivering the actual cash amount in the client's account. This has resulted in the client's account being short $1,205,540.08 CASH.

We are now requesting that you return $1,205,540.08 CASH to Schwab account REDACTED.

By honoring this request, Charles Schwab agrees to indemnify and hold **National Financial**, its directors, officers, employees, agents and affiliates harmless from and against all claims, actions or liabilities arising out of or relating to the return of the above listed assets in accordance with this request, unless you already repurchased the shares or sold the shares absent appropriate authority.

If you have any questions, please contact Brett Thompson at 855-966-3777 x49943 or fax **877-824-3818**.

Sincerely,

*Kari Candelaria*

Kari Candelaria
Asset Transfer Services
Charles Schwab & Co. Inc
DTC # 0164

Charles Schwab & Co., Inc. Member: SIPC

FIMS DETAIL 3333721497