# EXHIBIT J

# NATIONAL FINANCIAL SERVICES LLC

Claim Reject Letter

March 24, 2021                                   Work item: W272174-23MAR21

CHARLES SCHWAB
Attention:            CLAIMS
Phone #:              (855) 966-3777
Your Fax #:           8778243818                 Our account number: REDACTED
Your account number:  REDACTED                   Client Name: KELYN SPADONI

Dear CLAIMS:

Your claim letter has been rejected for the following reason:

- Requested cash amount not available.

If you have any questions, please email NFSCLAIMS@FMR.COM or call ph. 866-755-6372. Our associates are available Monday through Friday from 9:30 a.m. to 5:00 p.m. Eastern time.

Sincerely,


Mitchel Hotopp
National Financial Services LLC / Claims Department

DCLAIMREJ 460049.1.0