UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **CHARLES SCHWAB & CO., INC.,** | : | CIVIL ACTION NO. 21-635 |
| *Plaintiff,* | : | SECTION: A(1) |
| v. | : | JUDGE JAY C. ZAINEY |
| **KELYN SPADONI,** | : | MAGISTRATE JANIS VAN MEERVELD |
| *Defendant.* | : | |

## ORDER

Having considered Plaintiff's *Ex Parte* Motion to Stay Case (Rec. Doc. 15) filed in response to this Court's July 6, 2021 Order to Show Cause why Plaintiff's claims in this action should not be dismissed without prejudice for failure to prosecute;

**IT IS ORDERED** that the Order to Show Cause (Rec. Doc. 13) shall be and is hereby deemed **SATISFIED**.

**IT IS FURTHER ORDERED** that Plaintiff's *Ex Parte* Motion to Stay Case (Rec. Doc. 15) is **GRANTED**, and that all proceedings in the above-captioned action be and are hereby **STAYED**, subject to the right of either party to file a motion to reopen this action, if necessary, following the outcome of the criminal case styled *State of Louisiana v. Kelyn Spadoni*, currently pending as Criminal Action No. 21-3305, Division "E," on the docket of the 24th Judicial District Court for the Parish of Jefferson, State of Louisiana.

**IT IS FURTHER ORDERED** that the Clerk of Court shall administratively close this action pending further instructions from this Court.

August 4, 2021

_____
United States District Judge